UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL 05-218-2 (RWR) |
| OLGA MARINA QUINTANILLA | : | |

**D I S M I S S A L**

The United States, by its attorney, the United States Attorney for the District of Columbia, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby requests leave of Court to dismiss the above-captioned case, without prejudice, on these charges.

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
Bar No. 451058

BY: _____
CARLOS F. ACOSTA
ASSISTANT UNITED STATES ATTORNEY
Bar No. 443373
Organized Crime and Narcotics Trafficking Section
555 4th Street, N.W., Room 4108
Washington, D.C. 20530
(202) 514-4922

APPROVED AND GRANTED THIS _____
DAY OF _____, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE